ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Las Vegas Sands Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA TUGGLE, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION, a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01827-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LAS VEGAS SANDS CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Las Vegas Sands Corporation ("LV Sands" or "Defendant"), by and through their undersigned counsel, Anthony L. Martin and Dana B. Krulewitz, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Donna Tuggle ("Plaintiff"), by and through her undersigned counsel, Kirk T. Kennedy, hereby agree to

extend the time for Defendant to file an answer to Plaintiff's Complaint, up to and including October 29, 2015.

**IT IS SO STIPULATED:**

Dated this 8th day of October, 2015.                Dated this 8th day of October, 2015.

                                                                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kirk T. Kennedy                                                  /s/ Anthony L. Martin
Kirk T. Kennedy                                                       Anthony L. Martin
Nevada Bar No. 5032                                             Nevada Bar No. 8177
815 S. Casino Center Blvd.                                   Dana B. Krulewitz
Las Vegas, Nevada 89101                                    Nevada Bar No. 11180
                                                                               Wells Fargo Tower
*Attorney for Plaintiff*                                              Suite 1500
                                                                               3800 Howard Hughes Parkway
                                                                               Las Vegas, NV 89169

                                                                               *Attorneys for Defendant Las Vegas Sands Corporation*

                                                                  **ORDER**

**IT IS SO ORDERED.**

                                                                _____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: October 9, 2015