GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
8880 W. Sunset Road, Suite 275
Las Vegas, Nevada 89148
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA TUGGLE, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION, a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-01827-GMN-NJK<br><br>**STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS FOR PLAINTIFF** |

Pursuant to Local Rule IA 10-6(c), Plaintiff, Donna Tuggle, for herself and by and through her current and newly-retained counsel, and Defendant, Las Vegas Sands Corporation, by and through its counsel, hereby stipulate that Plaintiff substitutes Anthony B. Golden, Esq. of the Garg Golden Law Firm, as her attorney of record in this action in the place of Kirk T. Kennedy, Esq.

I hereby consent to the above substitution.

Dated this 26 day of October, 2015.    DONNA TUGGLE, PLAINTIFF

*/s/ Donna Tuggle*

///
///
///
///

GARG GOLDEN LAW FIRM
8880 W. Sunset Road
Suite 275
Las Vegas, Nevada 89148
(702) 850-0202

1 of 2

I hereby consent to the above substitution.

Dated this 28th day of October, 2015.    KIRK T. KENNEDY, ESQ.

   */s/ Kirk T. Kennedy*
815 S. Casino Center Blvd.
Las Vegas, NV 89101

I hereby consent to the above substitution and accept the requirements set forth in LR IA 10-6(c)

Dated this 28th day of October, 2015.    GARG GOLDEN LAW FIRM

By  */s/ Anthony B. Golden*
Anthony B. Golden, Esq.
8880 W. Sunset Road
Suite 275
Las Vegas, NV 89148

Defendant does not oppose the above substitution.

Dated this 28th day of October, 2015.    OGLETREE DEAKINS

By  */s/ Anthony L. Martin*
Anthony L. Martin, Esq.
Dana B. Krulewitz, Esq.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2015

GARG GOLDEN LAW FIRM
8880 W. Sunset Road
Suite 275
Las Vegas, Nevada 89148
(702) 850-0202