# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA TUGGLE, | |
|     Plaintiff(s), | Case No. 2:15-cv-01827-GMN-NJK |
| vs. | ORDER |
| LAS VEGAS SANDS CORPORATION, | |
|     Defendant(s). | (Docket No. 11) |

Pending before the Court is a stipulation to extend the deadline to file an amended complaint. Docket No. 11. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). The pending stipulation provides only one reason for the requested extension: that Plaintiff recently retained new counsel in this matter. Docket No. 11. However, the Local Rules provide that "[d]ischarge, withdrawal, or substitution of an attorney shall not alone be reason for delay of pretrial proceedings, discovery, [or] trial." Local Rule IA 10-6(d).

As a one-time courtesy to the parties, however, the Court **GRANTS** the stipulation. Plaintiff must file and serve her amended complaint no later than December 2, 2015.

IT IS SO ORDERED.

DATED: October 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge