MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Las Vegas
Sands Corporation and Norbert Riezler*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA TUGGLE, Individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION, a Nevada corporation; and NORBERT RIEZLER, an individual,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01827-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS LAS VEGAS SANDS CORPORATION AND NORBERT RIEZLER TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(***First Request***) |

　　　　Pursuant to LR 6-1, 6-2, and 7-1, Defendants Las Vegas Sands Corporation ("LV Sands") and Norbert Riezler ("Riezler") (collectively, "Defendants"), by and through their undersigned counsel, Molly M. Rezac and Dana B. Krulewitz, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Donna Tuggle ("Plaintiff"), by and through her undersigned counsel, Anthony B. Golden, of the Garg Golden Law Firm, hereby agree to extend the time for Defendants to file a response to Plaintiff's Amended Complaint, up to and including January 13, 2016.

　　　　This request is made to allow Defendants time to review and research the facts and circumstances underlying Plaintiff's newly asserted claims against Defendants.  This request is not

1  intended for delay.

2  **IT IS SO STIPULATED:**

3  Dated this 15th day of December, 2015.　　Dated this 15th day of December, 2015.

4  GARG GOLDEN LAW FIRM　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6  /s/ Anthony B. Golden　　/s/ Dana B. Krulewitz
7  Anthony B. Golden　　Molly M. Rezac
   Nevada Bar No. 9563　　Nevada Bar No. 7435
8  Puneet K. Garg　　Dana B. Krulewitz
   Nevada Bar No. 9811　　Nevada Bar No. 11180
9  8880 W. Sunset Road, Suite 275　　Wells Fargo Tower
10 Las Vegas, NV 89148　　Suite 1500
   　　3800 Howard Hughes Parkway
11 *Attorney for Plaintiff*　　Las Vegas, NV 89169

12 　　*Attorneys for Defendants Las Vegas Sands Corporation and Norbert Riezler*

14  **ORDER**

15 **IT IS SO ORDERED.**

17 _____
   UNITED STATES DISTRICT COURT JUDGE

18  December 16, 2015
19  Dated