# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONNA TUGGLE,

         Plaintiff(s),

vs.

LAS VEGAS SANDS CORPORATION, et al.,

         Defendant(s).

Case No. 2:15-cv-01827-GMN-NJK

ORDER

      This matter is before the Court on the failure of Defendants to file Certificates of Interested Parties.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Defendants have failed to comply.

      Accordingly, **IT IS ORDERED** that Defendants shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., February 4, 2016.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      IT IS SO ORDERED.

      DATED: February 1, 2016

                                                        _____
                                                        NANCY J. KOPPE
                                                       United States Magistrate Judge