MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Las Vegas Sands Corp. and Norbert Riezler*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA TUGGLE, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION, a Nevada corporation; and NORBERT RIEZLER, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01827-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Donna Tuggle ("Plaintiff") and Defendants Las Vegas Sands Corp. ("LV Sands") and Norbert Riezler ("Riezler") (collectively, "Defendants"), by and through their respective undersigned counsel that the above-entitled action

///

///

///

///

///

///

///

shall be dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated this 8th day of July, 2016.                         Dated this 8th day of July, 2016.

LAGOMARSINO LAW                                           OGLETREE, DEAKINS, NASH, SMOAK
                                                          & STEWART, P.C.


/s/ Andre M. Lagomarsino                                  /s/ Dana B. Salmonson
Andre M. Lagomarsino                                      Molly M. Rezac
Nevada Bar No. 6711                                       Nevada Bar No. 7435
Glen J. Harper                                            Dana B. Salmonson
Nevada Bar No. 12763                                      Nevada Bar No. 11180
3005 West Horizon Ridge Parkway                           Wells Fargo Tower
Suite 241                                                 Suite 1500
Henderson, NV 89052                                       3800 Howard Hughes Parkway
                                                          Las Vegas, NV  89169
*Attorneys for Plaintiff*
                                                          *Attorneys for Defendants Las Vegas*
                                                          *Sands Corp. and Norbert Riezler*


**ORDER**

IT IS SO ORDERED.


DATED: July 18, 2016


_____
UNITED STATES DISTRICT COURT JUDGE

25145740.1

2